■ In the Matter of NATHANIEL DOVE, JR., Respondent, v KATRICE M. ROSE, Appellant. (Appeal No. 2.) [895 NYS2d 897]— Appeal from an order of the Family Court, Erie County (Marjorie Mix, J.H.O.), entered January 21, 2009. The order settled the record on appeal in appeal No. 1.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Dove v Rose* (71 AD3d 1411 [2010]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.